## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELICA CPREK | : | No. 2:21-cv-5396 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LEGACY URS RETIREE LIFE INSURANCE PLAN, | : | |
| AECOM ENERGY & CONSTRUCTION, INC., | : | |
| AECOM, and | : | |
| ALIGHT SOLUTIONS, LLC | : | |
| | : | |
| Defendants. | : | |

**NOTICE TO WITHDRAW PLAINTIFF'S MOTION TO VACATE
LOCAL RULE 41.1(b) DISMISSAL AND RE-OPEN CASE**

Undersigned counsel for Plaintiff notifies the Court that the final signature on the settlement agreement in this matter was received on July 27, 2022. As a result, the pending Motion to Vacate Local Rule 41.1(b) Dismissal and Re-Open Case (Docket No. 11) is moot and is withdrawn.

                                            Respectfully submitted,

                                            JENNINGS SIGMOND, P.C.

Date: July 28, 2022                         /s/ Kent Cprek
                                                      KENT CPREK
                                                        Bar No. 40806
                                                        1835 Market Street, Suite 2800
                                                        Philadelphia, PA 19103
                                                        Phone: (215) 351-0615
                                                        Fax: (215) 922-3524
                                                        kcprek@jslex.com

                                            Attorney for Plaintiff

812560_1 SJS000 25012 PLD

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELICA CPREK | : | No. 2:21-cv-5396 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LEGACY URS RETIREE LIFE | : | |
| INSURANCE PLAN, | : | |
| AECOM ENERGY & | : | |
| CONSTRUCTION, INC., | : | |
| AECOM, and | : | |
| ALIGHT SOLUTIONS, LLC | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Kent Cprek, Esquire, state under the penalty of perjury that I caused a copy of the foregoing Notice to Withdraw Plaintiff's Motion to Vacate Local Rule 41.1(b) Dismissal and Re-Open Case to be served by electronic mail to counsel for all Defendants as follows on the date below.

Jason E. Lee
Assistant General Counsel
AECOM
300 California Street, Suite 500
San Francisco, CA 94104
jason.e.lee@aecom.com

Ilene Grant
Vice President and Associate General Counsel
Alight Solutions LLC
4 Overlook Point
Lincolnshire, IL 60069
ilene.grant@alight.com

Respectfully submitted,

Date: July 28, 2022            /s/ Kent Cprek
                               KENT CPREK

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM**